IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

v.                :      CRIMINAL NO. 15-157

:

MITESH PATEL

**MOTION FOR BENCH WARRANT**

FILED
APR 1 5 2015
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

AND NOW, this _____ day of _____, 2015, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Ashley K. Lunkenheimer, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
Ashley K. Lunkenheimer
Assistant United States Attorney



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NO. 15-157

MITESH PATEL  :

FILED
APR 1 5 2015

### ORDER FOR BENCH WARRANT

AND NOW, this 15th day of APRIL, 2015, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

HONORABLE RICHARD LLORET
**United States Magistrate Judge**