IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 15-00157-1 |
| MITESH PATEL | |

**ORDER**

**AND NOW**, this 14th day of July 2020, upon consideration of Mitesh Patel's Motion for Release (ECF No. 317) and the government's Response (ECF No. 325), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1