IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION NO. 15-00157-1 |
| MITESH PATEL | |

## **ORDER**

**AND NOW**, this 28th day of June 2021, upon consideration of Mitesh Patel's Second Motion for Release (ECF 335), the Supplement to his Motion (ECF 341), the Government's Response (ECF 337) and associated exhibit (ECF 338) and Patel's Reply (ECF 345), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1